UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEXTON,<br><br>  Plaintiff,<br><br>v.<br><br>MITRATECH HOLDINGS, INC., ET AL.,<br><br>  Defendants. | Case No.: 23-CV-00375-W-BGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND**<br><br>**[ECF 21]** |

On December 22, 2023, the parties filed a second joint motion asking the Court to extend the fact discovery deadline in this case. (*See* ECF 14, 21.) In the motion, the parties state that they intend to depose John Sexton, Casey Hensley, Kusum Paul, and Corey Greta. (*See* ECF 21 at 3-4.) In that Plaintiff's counsel has filed a motion to withdraw as counsel (ECF 19), the parties request that this Court extend the fact discovery deadline to a date 30 days beyond the final disposition of the motion to withdraw.

Of note, other than the pendency of the motion to withdraw of Plaintiff's counsel, the reasons cited in support of the request for an extension are the same as those given in the parties' first joint motion, which requested that the Court continue the fact discovery deadline 60 days. (*See* ECF 14.) They cite the need to depose that same four witnesses as the basis for their current motion. The Court granted their prior motion, extending fact discovery 60 days, and the deadline is now December 29, 2023. In that the parties have

still failed to depose the four witnesses, the Court finds the parties have not diligently pursued their case for trial. *See* Chambers Rules, Section III(C) ("The dates and times set in the Scheduling Order will not be modified except for good cause shown. Fed. R. Civ. P. 16(b)(4). Counsel are reminded of their duty of diligence and that they must 'take all steps necessary to bring an action to readiness for trial.' CivLR 16.1(b).").

Further, Plaintiff's counsel has not indicated why he cannot participate in the depositions and has cited no legal authority which would so prohibit him from doing so. In fact, he has confirmed his obligation to protect the interests of his client. (*See* ECF 21 at 4.) Therefore, the Court finds that the parties have not shown good cause. *See* Chambers Rules, Section III(C).

The Court, in the interests of justice, will extend fact discovery 45 days, to **February 12, 2024**, solely for the purpose of deposing the four identified witnesses. All other deadlines remain in effect.

**IT IS SO ORDERED.**

Dated:  December 27, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge