# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SEXTON,<br><br>                      Plaintiff,<br><br>v.<br><br>MITRATECH, INC.,<br><br>                      Defendant. | Case No.: 23-CV-0375 W (JLB)<br><br>**ORDER GRANTING (1) MOTION TO FILE PLAINTIFF'S LATE DECLARATION [DOC. 70] AND (2) JOINT MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF [DOC. 73]** |

    Pending before the Court is Plaintiff's motion for leave to file a late declaration and (2) the parties' joint motion to extend certain deadlines related to Defendant's summary judgment motion. Good cause appearing, the Court **GRANTS** Plaintiff's motion [Doc. 70] and the joint motion [Doc. 73] and **ORDERS** as follows:

- Plaintiff's late declaration shall be filed on or before **February 11, 2025**.
- Defendant's reply is due on or before **February 18, 2025**.
- The parties' joint statement is due on or before **February 25, 2025**.

Upon completion of the above briefing, the matter shall be deemed under submission and the parties shall await further order of the Court. See Civ. L. Rule 7.1d1.

    **IT IS SO ORDERED**.

Dated: February 6, 2025

                                                        Hon. Thomas J. Whelan
                                                        United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28